UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK WESTERMAN, Individually and For Others Similarly Situated, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Case No. 1:20-cv-01224-RLY-DLP ) |
| BUCHER & CHRISTIAN CONSULTING, INC. d/b/a BCFORWARD, | ) ) ) |
| **Defendant.** | ) |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT OF COLLECTIVE ACTION

This matter comes before the Court on the Parties' Joint Motion to Approve Settlement of Collective Action ("Joint Motion"). The Court has carefully considered the Joint Motion and finds that it is made for good cause.

Accordingly, the Court GRANTS the Joint Motion and ORDERS that the settlement by, between, and among the parties, as set forth and embodied in the settlement agreement filed with the Court contemporaneously with the Joint Motion, is hereby approved as a fair and reasonable compromise of a bona fide dispute.

**SO ORDERED** this 9th day of July 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**