UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK WESTERMAN, Individually and For Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:20-cv-01224-RLY-DLP ) |
| BUCHER & CHRISTIAN CONSULTING, INC. d/b/a BCFORWARD, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the parties' Stipulation of Dismissal With Prejudice, heretofore filed by the parties:

And the Court being in all things duly advised;

Now, therefore, IT IS ORDERED, ADJUDGED AND DECREED that this matter be, and hereby is, dismissed, with prejudice, each party to bear their own costs, attorneys' fees and expenses.

**SO ORDERED** this 6th day of August 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Service of this Order will be made Electronically on all ECF-registered counsel of record via email generated by the Court's ECF system**